OFFICE OF
# John Clifton Conine
Attorney at Law

| | |
|---|---|
| 1150 Miller Farm Rd. | coninej@bellsouth.net |
| Natchitoches, LA 71457-5322 | Phone 318 354-8413 |
| | Fax 866-887-7413 |

July 13, 2012

Matthew S. Yezierski
Oberti Sullivan LLP
723 Main, Ste 340
Houston, TX 77002                *Via E-mail:* myezierski@osattorneys.com

In Re: Freddie Andrew McLemore, Jr.; Bankruptcy Case No 10-30228;
    United States Bankruptcy Court; Western District of Louisiana, Monroe Div.
        and
**Keith Coffin et.al v. Blessy Marine Services, Inc.; Case No. 4:11-cv-00214**
    United States District Court; Southern District of Texas (Houston)

Dear Matthew:

    I am in receipt of, and thank you for the copies of the Motion To Withdraw that is set for Hearing on July 31,2012.  I had not been served with defendant's Motion to Dismiss (Doc. # 109), and though that motion may be a technical violation of the automatic stay of the Bankruptcy Code (11 U.S.C. 362(a)), I think that this issue may be moot in due time.

    I do not oppose withdrawal of counsel, and ask to be excused from attending the hearing.  I do plan to move to abandon any claim the bankruptcy estate has against Blessy and related defendants.  However, I will need to get permission from the Bankruptcy Court to do so.   I will notify creditors, and set the Hearing, and hopefully can set this matter for the August 16, 2012 hearing date.

    I respectfully suggest that the Motion to Withdraw go forward, and the Motion to Dismiss be deferred until the Bankruptcy Court rules on my abandonment request.

    I thank you in advance for your assistance, and please email with any questions.

Sincerely,


John Clifton Conine, Trustee

cc: Steven Franklin Griffith, Jr , *Via E-mail:*   sgriffith@bakerdonelson.com
    Shelia Ashabranner*, Via Email:* Shelia_Ashabranner@txs.uscourts.gov
    Freddie and Kristin McLemore