# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH COFFIN, on behalf of himself and others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:11-214 |
| BLESSEY MARINE SERVICES, INC., | § § | |
| Defendant. | § § | |

## ORDER

On January 22, 2013, this Court entered a Memorandum and Order [Doc. # 134] construing the "seaman" exemption under the Fair Labor Standards Act and denying summary judgment to Defendant Blessey Marine Services, Inc.  Defendant now has filed a Consent Motion for Certification of Order as Immediately Appealable under 28 U.S.C. § 1292(b) and Request for Stay of Proceedings [Doc. # 138]. Defendant states that Plaintiffs agree that an immediate appeal of the Memorandum and Order will most likely lead to a more efficient resolution to this litigation. *See* Doc. # 138, at 1 n.1.  This representation is consistent with statements made by Plaintiffs' counsel at the status conference on January 24, 2013.

The ruling in the Memorandum and Order involves a controlling question of

law as to which there is substantial ground for difference of opinion.  Additionally,

an immediate appeal from the ruling is likely to materially advance the ultimate

termination of the litigation.  Therefore, pursuant to 28 U.S.C. § 1292(b), it is hereby

**ORDERED** that Defendant's Consent Motion for Certification of Order as

Immediately Appealable under 28 U.S.C. § 1292(b) and Request for Stay of

Proceedings [Doc. # 138] is **GRANTED**.  It is further

**ORDERED** that this case is **ADMINISTRATIVELY CLOSED** pending the

conclusion of any interlocutory appeal.  Counsel are directed to file a written status

report on **May 31, 2013**, and every 120 days thereafter until such time as the

interlocutory appeal is concluded.  At that time, counsel shall file a written motion to

reinstate this case on the Court's active docket.

SIGNED at Houston, Texas, this **31**ˢᵗ day of **January, 2013**.

_____
Nancy F. Atlas
United States District Judge