*Coffin v. Blessey Marine Services, Inc., No. 11-214*

Itemization of Blessey Marine's Costs for District Court Bill of Costs (Exhibit A to Affidavit of Steven F. Griffith, Jr.)

| Date | Client | Matter | Cost Description | Amount | Narrative |
|---|---|---|---|---|---|
| | | | **Deposition Transcript Expenses** | | |
| 2/28/2012 | 2916287 | 4 | Deposition Expense | $125.00 | Ross Reporting Services, Inc. / Invoice: 24389 / Deposition of josh Fox on 2/27/12; Invoice No. 24389 |
| 3/8/2012 | 2916287 | 4 | Deposition Expense | $158.00 | Ross Reporting Services, Inc. / Invoice: 24490 / Certificate of Non Appearance for deposition of Cody Duke on 3/6/12 |
| 3/14/2012 | 2916287 | 4 | Deposition Expense | $694.20 | Ross Reporting Services, Inc. / Invoice: 24524 / Deposition of Mason Fulkerson taken 3/5/12, Invoice No. 24524 |
| 4/16/2012 | 2916287 | 4 | Deposition Expense | $622.80 | Henderson & Associates / Invoice: 52706 / Deposition of Gregory Robinson taken 4/5/12 |
| 4/18/2012 | 2916287 | 4 | Deposition Expense | $750.50 | Bankcard Center   ****VISA***** / Invoice: MECHSTROTH042412 / Bryant & Stingley, Inc./Deposition of Jose Rangel taken 4/10/12 |
| 4/21/2012 | 2916287 | 4 | Deposition Expense | $707.30 | Ross Reporting Services, Inc. / Invoice: 24865 / Deposition of Joshua Fox taken 4/9/12 |
| 5/10/2012 | 2916287 | 4 | Deposition Expense | $60.00 | Steven Griffith, Jr. / Invoice: 051012 / Reimbursement for balance of deposition after deposit for deposition of Jason Villareal in Corpus Christi on 5/7/12 |
| 5/31/2012 | 2916287 | 4 | Deposition Expense | $412.50 | Steven Griffith, Jr. / Invoice: 053112A / Reimbursement for deposition charge for Zachary Latiolais taken 5/15/12; invoice no. 65692 |
| 5/31/2012 | 2916287 | 4 | Deposition Expense | $773.70 | Sunbelt Reporting & Litigation Services / Invoice: 162231 / Deposition of Jason Villarreal taken 5/8/12 |
| 6/11/2012 | 2916287 | 4 | Deposition Expense | $861.00 | Steven Griffith, Jr. / Invoice: 061112B / Reimbursement for cost of deposition of Zachary Latiolais taken 5/15/12. |
| 6/15/2012 | 2916287 | 4 | Deposition Expense | $832.50 | Duke Copeland Reporters, L.L.C. / Invoice: 12-232 / Proces Verbal on Freddie McLemore, Jr. and deposition of Eric Jones on 5/29/12 |
| 6/27/2012 | 2916287 | 4 | Deposition Expense | $675.50 | Torres Reporting & Associates, Inc. / Invoice: 5543TRA / Deposition of Dustyn Grenon |
| 6/27/2012 | 2916287 | 4 | Deposition Expense | $352.00 | Torres Reporting & Associates, Inc. / Invoice: 5541TRA / Deposition of Patrick Voss |



EXHIBIT "A"

Coffin v. Blessey Marine Services, Inc., No. 11-214

Itemization of Blessey Marine's Costs for District Court Bill of Costs (Exhibit A to Affidavit of Steven F. Griffith, Jr.)

| | | | | | |
|---|---|---|---|---|---|
| 5/31/2011 | 2916287 | 4 | Deposition Transcript | $2,410.24 | Ross Reporting Services, Inc. / Invoice: 22236 / Deposition of Keith Coffin taken 5/24/11 |
| 3/5/2012 | 2916287 | 4 | Deposition Transcript | $2,393.79 | Ross Reporting Services, Inc. / Invoice: 24438 / Deposition of Dustin Akins taken on 2/28/12 |
| | | | Total | $11,829.03 | |
| | | | | | |
| | | | **Court Reporter Fees** | | |
| 9/8/2011 | 2916287 | 4 | Court reporter fees | $383.40 | Bankcard Center   ****VISA***** / Invoice: MECKSTROTH092611 / PayPal*Digitalscro/Filing Fees |
| 10/31/2012 | 2916287 | 4 | Court Reporter Fee | $216.29 | Bankcard Center   ****VISA***** / Invoice: MECKSTROTH122412 /Exceptional Reporting Service |
| 11/1/2012 | 2916287 | 4 | Court Reporter Fee | $86.21 | Bankcard Center   ****VISA***** / Invoice: MECKSTROTH122412 /Exceptional Reporting Service |
| | | | Total | $685.90 | |
| | | | | | |
| | | | **Hearing Transcript Expenses** | | |
| 12/8/2011 | 2916287 | 4 | Transcript | $219.00 | PAYEE: Digital Scroll Transcription; REQUEST#: 3732883; DATE: 12/8/2011.  - Deposit for Transcript of Hearing/11916 |
| 1/3/2012 | 2916287 | 4 | Transcript | $21.90 | Digital Scroll Transcription / Invoice: DST-219 / Balance due for cost of transcript. |
| 2/26/2013 | 2916287 | 4 | Transcript | $80.30 | Digital Scroll Transcription / Invoice: DST-328 / Transcript of status conference held on 2/24/13 before Judge Atlas |
| | | | Total | $321.20 | |
| | | | | | |
| | | | **Baker Donelson copy costs (tracked by firm software)** | | |
| 2/25/2011 | 2916287 | 4 | Photo Reproduction Charge | $13.60 | Copy; Lt, 68 Page(s) |
| 3/2/2011 | 2916287 | 4 | Photo Reproduction Charge | $0.80 | Copy; Lt, 4 Page(s) |
| 3/3/2011 | 2916287 | 4 | Photo Reproduction Charge | $6.00 | Copy; Lt, 30 Page(s) |
| 3/3/2011 | 2916287 | 4 | Photo Reproduction Charge | $0.80 | Copy; Lt, 4 Page(s) |
| 3/14/2011 | 2916287 | 4 | Photo Reproduction Charge | $3.20 | Copy; Lt, 16 Page(s) |

*Coffin v. Blessey Marine Services, Inc., No. 11-214*
Itemization of Blessey Marine's Costs for District Court Bill of Costs (Exhibit A to Affidavit of Steven F. Griffith, Jr.)

| Date | Number | | Description | Amount | Details |
|---|---|---|---|---|---|
| 4/8/2011 | 2916287 | 4 | Photo Reproduction Charge | $10.60 | Copy; Lt, 53 Page(s) |
| 4/12/2011 | 2916287 | 4 | Photo Reproduction Charge | $3.40 | Copy; Lt, 17 Page(s) |
| 4/14/2011 | 2916287 | 4 | Photo Reproduction Charge | $1.00 | Copy; Lt, 5 Page(s) |
| 4/15/2011 | 2916287 | 4 | Photo Reproduction Charge | $3.80 | Copy; Lt, 19 Page(s) |
| 4/15/2011 | 2916287 | 4 | Photo Reproduction Charge | $1.60 | Copy; Lt, 8 Page(s) |
| 5/20/2011 | 2916287 | 4 | Photo Reproduction Charge | $47.20 | Copy; Lt, 236 Page(s) |
| 5/20/2011 | 2916287 | 4 | Photo Reproduction Charge | $4.00 | Copy; Lt, 20 Page(s) |
| 5/23/2011 | 2916287 | 4 | Photo Reproduction Charge | $15.20 | Copy; Lt, 76 Page(s) |
| 5/26/2011 | 2916287 | 4 | Photo Reproduction Charge | $6.00 | Copy; Lt, 30 Page(s) |
| 5/31/2011 | 2916287 | 4 | Photo Reproduction Charge | $5.00 | Copy; Lt, 25 Page(s) |
| 6/1/2011 | 2916287 | 4 | Photo Reproduction Charge | $10.80 | Copy; Lt, 54 Page(s) |
| 6/2/2011 | 2916287 | 4 | Photo Reproduction Charge | $0.40 | Copy; Lt, 2 Page(s) |
| 6/3/2011 | 2916287 | 4 | Photo Reproduction Charge | $3.40 | Copy; Lt, 17 Page(s) |
| 6/3/2011 | 2916287 | 4 | Photo Reproduction Charge | $0.80 | Copy; Lt, 4 Page(s) |
| 6/6/2011 | 2916287 | 4 | Photo Reproduction Charge | $1.40 | Copy; Lt, 7 Page(s) |
| 6/6/2011 | 2916287 | 4 | Photo Reproduction Charge | $1.20 | Copy; Lt, 6 Page(s) |
| 6/14/2011 | 2916287 | 4 | Photo Reproduction Charge | $21.60 | Copy; Lt, 108 Page(s) |
| 6/15/2011 | 2916287 | 4 | Photo Reproduction Charge | $5.40 | Copy; Lt, 27 Page(s) |
| 6/15/2011 | 2916287 | 4 | Photo Reproduction Charge | $2.40 | Copy; Lt, 12 Page(s) |
| 6/16/2011 | 2916287 | 4 | Photo Reproduction Charge | $34.00 | Copy; Lt, 170 Page(s) |
| 6/29/2011 | 2916287 | 4 | Photo Reproduction Charge | $32.40 | Copy; Lt, 162 Page(s) |
| 7/5/2011 | 2916287 | 4 | Photo Reproduction Charge | $9.20 | Copy; Lt, 46 Page(s) |
| 8/9/2011 | 2916287 | 4 | Photo Reproduction Charge | $80.40 | Copy; Lt, 402 Page(s) |
| 8/19/2011 | 2916287 | 4 | Photo Reproduction Charge | $14.60 | Copy; Lt, 73 Page(s) |
| 8/19/2011 | 2916287 | 4 | Photo Reproduction Charge | $0.40 | Copy; Lt, 2 Page(s) |
| 8/22/2011 | 2916287 | 4 | Photo Reproduction Charge | $6.00 | Copy; Lt, 30 Page(s) |

Case 4:11-cv-00214   Document 157-2   Filed on 12/23/14 in TXSD   Page 4 of 5

*Coffin v. Blessey Marine Services, Inc., No. 11-214*

Itemization of Blessey Marine's Costs for District Court Bill of Costs (Exhibit A to Affidavit of Steven F. Griffith, Jr.)

| Date | Number | | Description | Amount | Details |
|---|---|---|---|---|---|
| 8/22/2011 | 2916287 | 4 | Photo Reproduction Charge | $0.60 | Copy; Lt, 3 Page(s) |
| 8/31/2011 | 2916287 | 4 | Photo Reproduction Charge | $5.00 | Copy; Lt, 25 Page(s) |
| 9/6/2011 | 2916287 | 4 | Photo Reproduction Charge | $9.80 | Copy; Lt, 49 Page(s) |
| 9/22/2011 | 2916287 | 4 | Photo Reproduction Charge | $5.00 | Copy; Lt, 25 Page(s) |
| 10/14/2011 | 2916287 | 4 | Photo Reproduction Charge | $5.20 | Copy; Lt, 26 Page(s) |
| 10/28/2011 | 2916287 | 4 | Photo Reproduction Charge | $6.60 | Copy; Lt, 33 Page(s) |
| 11/9/2011 | 2916287 | 4 | Photo Reproduction Charge | $51.20 | Copy; Lt, 256 Page(s) |
| 12/6/2011 | 2916287 | 4 | Photo Reproduction Charge | $1.20 | Copy; Lt, 6 Page(s) |
| 12/9/2011 | 2916287 | 4 | Photo Reproduction Charge | $1.00 | Copy; Lt, 5 Page(s) |
| 12/14/2011 | 2916287 | 4 | Photo Reproduction Charge | $2.40 | Copy; Lt, 12 Page(s) |
| 1/6/2012 | 2916287 | 4 | Photo Reproduction Charge | $13.20 | Copy; Lt, 66 Page(s) |
| 2/20/2012 | 2916287 | 4 | Photo Reproduction Charge | $8.40 | Copy; Lt, 42 Page(s) |
| 2/20/2012 | 2916287 | 4 | Photo Reproduction Charge | $7.00 | Copy; Lt, 35 Page(s) |
| 2/27/2012 | 2916287 | 4 | Photo Reproduction Charge | $79.80 | Copy; Lt, 399 Page(s) |
| 2/27/2012 | 2916287 | 4 | Photo Reproduction Charge | $13.20 | Copy; Lt, 66 Page(s) |
| 2/28/2012 | 2916287 | 4 | Photo Reproduction Charge | $6.80 | Copy; Lt, 34 Page(s) |
| 2/28/2012 | 2916287 | 4 | Photo Reproduction Charge | $8.40 | Copy; Lt, 42 Page(s) |
| 3/2/2012 | 2916287 | 4 | Photo Reproduction Charge | $61.00 | Copy; Lt, 305 Page(s) |
| 3/2/2012 | 2916287 | 4 | Photo Reproduction Charge | $10.80 | Copy; Lt, 54 Page(s) |
| 3/2/2012 | 2916287 | 4 | Photo Reproduction Charge | $0.80 | Copy; Lt, 4 Page(s) |
| 3/2/2012 | 2916287 | 4 | Photo Reproduction Charge | $5.60 | Copy; Lt, 28 Page(s) |
| 3/2/2012 | 2916287 | 4 | Photo Reproduction Charge | $0.60 | Copy; Lt, 3 Page(s) |
| 3/2/2012 | 2916287 | 4 | Photo Reproduction Charge | $1.20 | Copy; Lt, 6 Page(s) |
| 4/2/2012 | 2916287 | 4 | Photo Reproduction Charge | $30.00 | Copy; Lt, 150 Page(s) |
| 4/3/2012 | 2916287 | 4 | Photo Reproduction Charge | $28.00 | Copy; Lt, 140 Page(s) |
| 4/5/2012 | 2916287 | 4 | Photo Reproduction Charge | $37.80 | Copy; Lt, 189 Page(s) |
| 5/11/2012 | 2916287 | 4 | Photo Reproduction Charge | $17.20 | Copy; Lt, 86 Page(s) |
| 5/14/2012 | 2916287 | 4 | Photo Reproduction Charge | $49.20 | Copy; Lt, 246 Page(s) |
| 5/15/2012 | 2916287 | 4 | Photo Reproduction Charge | $3.60 | Copy; Lt, 18 Page(s) |
| 5/24/2012 | 2916287 | 4 | Photo Reproduction Charge | $19.20 | Copy; Lt, 96 Page(s) |
| 5/25/2012 | 2916287 | 4 | Photo Reproduction Charge | $19.20 | Copy; Lt, 96 Page(s) |

Case 4:11-cv-00214   Document 157-2   Filed on 12/23/14 in TXSD   Page 5 of 5

*Coffin v. Blessey Marine Services, Inc., No. 11-214*
Itemization of Blessey Marine's Costs for District Court Bill of Costs (Exhibit A to Affidavit of Steven F. Griffith, Jr.)

| Date | Matter | | Description | Amount | Notes |
|---|---|---|---|---|---|
| 5/25/2012 | 2916287 | 4 | Photo Reproduction Charge | $14.40 | Copy; Lt, 72 Page(s) |
| 6/1/2012 | 2916287 | 4 | Photo Reproduction Charge | $55.20 | Copy; Lt, 276 Page(s) |
| 6/4/2012 | 2916287 | 4 | Photo Reproduction Charge | $140.00 | Copy; Lt, 700 Page(s) |
| 6/5/2012 | 2916287 | 4 | Photo Reproduction Charge | $8.00 | Copy; Lt, 40 Page(s) |
| | | | Total | $1,073.20 | |
| | | | | | |
| | | | **Outside Vendor Copy Costs** | | |
| 5/1/2012 | 2916287 | 4 | Photo Reproduction Charge | $175.38 | Choice Professional Overnight Copy / Invoice: 50125259 / Cost of scanning and preparing files of supplemental production documents produced with expert reports |
| 5/29/2012 | 2916287 | 4 | Photo Reproduction Charge | $868.08 | Choice Professional Overnight Copy / Invoice: 50125299 / Scanning and labeling documents. |
| | | | Total | $1,043.46 | |
| | | | | | |
| | | | **Fee for Service of Subpoena** | | |
| 5/30/2011 | 2916287 | 4 | Service of Process Expense | $100.00 | Bombet & Associates / Invoice: 412368 / Fee for service of subpoena duces tecum on Kirby Inland Marine. |
| | | | Total | $100.00 | |
| | | | | | |
| | | | SUBTOTAL | $15,052.79 | |