# INVOICE

Ross Reporting Services, Inc.
11706 Playa Court
Houston, TX  77034
Phone: 281-484-0770   Fax: 281-484-1140

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24438 | 3/5/2012 | 113811 |
| **Job Date** | **Case No.** | |
| 2/28/2012 | 411CV00214 | |

**Case Name**

Coffin vs. Blessey Marine Services, Inc.

**Payment Terms**

Net 30

Steven F. Griffith, Jr.
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA  70170

Deposition of:
  Dustin Akins

2,393.79

**TOTAL DUE >>>**  $2,393.79

PLEASE NOTE:  IF NOT PAID WITHIN 30 DAYS, A 1.5% FINANCE CHARGE WILL BE INCURRED PER MONTH.

**Tax ID:** 76-0295065

*Please detach bottom portion and return with payment.*

Steven F. Griffith, Jr.
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA  70170

Job No.    : 113811         BU ID    : 1-MAIN
Case No.   : 411CV00214
Case Name  : Coffin vs. Blessey Marine Services, Inc.

Invoice No.  : 24438              Invoice Date : 3/5/2012
Total Due    : $ 2,393.79

Remit To: **Ross Reporting Services, Inc.**
   11706 Playa Court
   Houston, TX  77034


EXHIBIT "B"

**PAYMENT WITH CREDIT CARD**   AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Ross Reporting Services, Inc.
11706 Playa Court
Houston, TX  77034
Phone: 281-484-0770   Fax: 281-484-1140

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24524 | 3/14/2012 | 113939 |
| **Job Date** | **Case No.** | |
| 3/5/2012 | 411CV00214 | |

**Case Name**

Coffin vs. Blessey Marine Services, Inc.

**Payment Terms**

Net 30

Steven F. Griffith, Jr.
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA  70170

Deposition of:
Mason Fulkerson                                                                                    694.20

                                                              TOTAL DUE >>>              $694.20

PLEASE NOTE:  IF NOT PAID WITHIN 30 DAYS, A 1.5% FINANCE CHARGE WILL BE INCURRED PER MONTH.

**Tax ID:** 76-0295065

*Please detach bottom portion and return with payment.*

Steven F. Griffith, Jr.
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA  70170

Job No.      : 113939           BU ID      : 1-MAIN
Case No.     : 411CV00214
Case Name    : Coffin vs. Blessey Marine Services, Inc.

Invoice No.  : 24524            Invoice Date : 3/14/2012
**Total Due** : **$ 694.20**

Remit To:  **Ross Reporting Services, Inc.
11706 Playa Court
Houston, TX  77034**

**PAYMENT WITH CREDIT CARD**    AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

Henderson & Associates Court Reporters, Inc.
5 North Royal Street, Suite 200
Mobile, AL 36602
Phone: 251-694-0950   Fax: 251-694-7930

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52706 | 4/16/2012 | 10000 |
| Job Date | Case No. | |
| 4/5/2012 | 4:11-CV-00214 | |

| Case Name |
|---|
| Coffin vs. Blessey Marine Services, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Steven F. Griffith, Jr.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Gregory Robinson | 131.00 | Pages | 432.30 |
| Exhibit | 85.00 | Pages | 25.50 |
| Full Day Per Diem | | | 150.00 |
| Condensed Transcript w/index | | | 0.00 |
| ASCII/E-Tran | | | 0.00 |
| Shipping & Handling | | | 15.00 |
| | | **TOTAL DUE >>>** | **$622.80** |

Tax ID: 63-1183616

Phone: 504-566-5200   Fax: 504-636-4000

*Please detach bottom portion and return with payment.*

Steven F. Griffith, Jr.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Job No.       : 10000          BU ID       : 1-MAIN
Case No.      : 4:11-CV-00214
Case Name     : Coffin vs. Blessey Marine Services, Inc.

Invoice No.   : 52706          Invoice Date : 4/16/2012
**Total Due   : $ 622.80**

Remit To: **Henderson & Associates Court Reporters, Inc.**
          **P. O. Box 2263**
          **Mobile, AL 36652**

### PAYMENT WITH CREDIT CARD                    MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: ____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE

Ross Reporting Services, Inc.
11706 Playa Court
Houston, TX  77034
Phone: 281-484-0770   Fax: 281-484-1140

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24865 | 4/21/2012 | 114371 |
| **Job Date** | **Case No.** | |
| 4/9/2012 | 411CV00214 | |
| **Case Name** | | |
| Coffin vs. Blessey Marine Services, Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

Steven F. Griffith, Jr.
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA  70170

Deposition of:
   Joshua Fox                                                                 707.30

                                            TOTAL DUE  >>>         $707.30

PLEASE NOTE:  IF NOT PAID WITHIN 30 DAYS, A 1.5% FINANCE CHARGE WILL BE INCURRED PER MONTH.

Did you know Ross Reporting Services has a complimentary online repository whereby you can view/print your transcripts and exhibits?  In addition, you can also schedule your depositions and serivces online. Call our office at 281-484-0770 or email us at jan@rossreporting.com and we will set you up with your secure username and password.

Tax ID: 76-0295065

*Please detach bottom portion and return with payment.*

Steven F. Griffith, Jr.
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA  70170

Job No.    : 114371            BU ID    : 1-MAIN
Case No.   : 411CV00214
Case Name  : Coffin vs. Blessey Marine Services, Inc.

Invoice No. : 24865            Invoice Date : 4/21/2012
**Total Due** : $ 707.30

Remit To: **Ross Reporting Services, Inc.
11706 Playa Court
Houston, TX  77034**

**PAYMENT WITH CREDIT CARD**     AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:



BANKCARD CENTER
PO BOX 1545
MEMPHIS TN 38101-1545

FIRST TENNESSEE BANK

**MEMO STATEMENT**



| STATEMENT DATE | 04-24-12 |
|---|---|
| TOTAL ACTIVITY | $2,019.50 |

*108655*

JULIA MECKSTROTH
BAKER DONELSON
ATTN RONNIE DRUMWRIGHT
165 MADISON AVE STE 2000
MEMPHIS  TN   38103-2752

**N0001971

** MEMO STATEMENT ONLY **
DO NOT REMIT PAYMENT

Q145647

*MECKSTROTH 042412*

### CARDHOLDER SUMMARY

| Cardholder Total | Purchases And Other Debits | + | Cash Advances | − | Credits | = | Total Activity |
|---|---|---|---|---|---|---|---|
|  | $2,019.50 |  | $0.00 |  | $0.00 |  | $2,019.50 |

### CARDHOLDER ACTIVITY

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 03-27 | 03-26 | 24755422087130873896918 | CA SECOFSTATE UCCSERVICES 916-6519885 CA | M5.00 |
| 03-27 | 03-26 | 24755422087130873896959 | CA SECOFSTATE UCCSERVICES 916-6519885 CA | M5.00 |
| 03-29 | 03-28 | 24445002089600284935798 | COURTS/USDC LA-E 504-589-7785 LA | M24.00 |
| 03-30 | 03-29 | 24761972089286106204959 | SOS - COMMERCIAL 225-925-4704 LA | M100.00 |
| 04-02 | 03-30 | 24445002091600300479918 | COURTS/USDC LA-E 504-589-7785 LA | M30.00 |
| 04-03 | 04-02 | 24427332093720030790573 | SUNBIZ.ORG / FL. FILIN 850-245-6939 FL | M350.00 |
| 04-05 | 04-04 | 24761972095286106251937 | SOS - COMMERCIAL 225-925-4704 LA | M5.00 |
| 04-11 | 04-10 | 24445002102600281386048 | COURTS/USDC LA-E 504-925-4704 LA | M25.00 |
| 04-16 | 04-13 | 24761972104286106323545 | SOS - COMMERCIAL 225-925-4704 LA | M350.00 |
| 04-19 | 04-18 | 24445002110600282086886 | COURTS/USDC LA-E 504-589-7785 LA | M80.00 |
| 04-20 | 04-18 | 24223692110980027534929 | BRYANT & STINGLEY, INC 956-428-0755 TX | M100.00 |
|  |  |  | JEFFERSON PARISH CLERK 504-XXXXXXX LA | M750.50 |

1. 2900025/00001
2. 2900025/00001 ✓
3. 2922601/00001 ✓
4. 2923174/00001 ✓
5. 2917344/00011 ✓
6. 2906023/00003
7. 2906023/00003 ✓

8. 2903685-00084 ✓
9. 2922733-00001 ✓
10. 2790882-00082 ✓
11. 2916287-00004 ✓

| CUSTOMER SERVICE CALL | ACCOUNT NUMBER | ACCOUNT SUMMARY | |
|---|---|---|---|
| 1-800-234-2840 |  |  |  |
| **LOST/STOLEN CARDS CALL** | STATEMENT DATE | PURCHASES & OTHER CHARGES | $2,019.50 |
| 1-800-234-2840 | 04/24/12 | CASH ADVANCES | .00 |
| **SEND INQUIRIES TO:** | CREDIT LIMIT | CASH ADVANCE FEES | .00 |
| BANKCARD CENTER PO BOX 1545 | $5,000.00 | CREDITS | .00 |
| MEMPHIS TN 38101-1545 | DISPUTED AMOUNT | TOTAL ACTIVITY | $2,019.50 |
|  | $0.00 |  |  |

Page 1 of 1

# INVOICE

Sunbelt Reporting & Litigation Services
6575 West Loop South Suite 580
Bellaire, TX 77401
Phone:713-667-0763   Fax:713-661-3838

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 162231 | 5/31/2012 | 100753 |
| Job Date | | Case No. |
| 5/8/2012 | | 4:11-CV-00214 |
| Case Name | | |
| KEITH COFFIN, ON BEHALF OF HIMSELF AND OTHERS V. BLESSEY MARINE SERVICES, INC. | | |
| Payment Terms | | |
| Due upon receipt | | |

Steven Griffith
Baker Donelson Bearman Caldwell & Berkowitz
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170

Charge for Preparation of Original Transcript for:
   JASON VILLARREAL    773.70
   (TAXABLE  $743.70)

TOTAL DUE >>>   $773.70

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT
WE APPRECIATE YOUR BUSINESS!

**Tax ID:** 76-0119034

Phone: 504/566-5200   Fax:504 636-4000

*Please detach bottom portion and return with payment.*

Steven Griffith
Baker Donelson Bearman Caldwell & Berkowitz
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170

Job No.      : 100753       BU ID      :07-C Depo
Case No.     : 4:11-CV-00214
Case Name    : KEITH COFFIN, ON BEHALF OF HIMSELF AND
               OTHERS V. BLESSEY MARINE SERVICES, INC.
Invoice No.  : 162231       Invoice Date :5/31/2012
Total Due    : $ 773.70

Remit To: **Sunbelt Reporting & Litigation Services**
          **6575 West Loop South, Suite 580**
          **Bellaire, TX 77401**

**PAYMENT WITH CREDIT CARD**   AMEX / / VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# KANABAY COURT REPORTERS

Invoice# 65792

**Please include invoice# with all payments**

**Administrative Center**
**NOTE ADDRESS CHANGE 5/1/10**
556 First Avenue North
St. Petersburg, FL 33701
FED ID #54-2093708

St. Petersburg/Clearwater (727) 821-3320
Tampa (813) 224-9500
Fax (727) 898-5701

June 5, 2012

www.kanabay.com
dmkh@kanabay.com

Attn: Mr. Steven F. Griffith, Jr.

Baker, Donelson, Bearman, Caldwell & Berkowitz
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

KEITH COFFIN VS BLESSEY MARINE SERVICES INC 4:11-CV-00214

PP
TIA-T-O-E
0.37

Admin E mail
rstrehle@bakerdonelson.com

504 566-5254          Fax 636-3954          E-Mail

| Date | | Description | | | | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/15/12 | Deposition of | Zachary Latiolais | Transcript | Orig E-Only | | 200@ | $4.10 | $820.00 |
| | Notes* | | | Scanned sheetfed | | 104 | 0.25 | 26.00 |
| | | | | Original Exhibits | | 104 | | 0.00 |

**THIS IS NOT A BILL**
**DO NOT PAY!**
**CREDIT CARD RECEIPT ONLY!**

| | |
|---|---|
| Subtotal | $846.00 |
| Subtotal | $846.00 |
| Subtotal | $846.00 |
| Subtotal | $846.00 |

Retainer/Credit Notes:

Previous Balance

Shipping/Delivery/Handling  FedEx Ground   15.00

Y   Est'd Pages 210   **Paid on 6-5-12 Visa # 020211**   Total Due   $861.00



**Per Florida Case Law Hiring/Ordering counsel is *personally responsible* for payment**
We accept Visa, Master Card, American Express, and Paypal (dmkh@kanabay.com)
*18% interest will be charged on invoices outstanding over 30 days.*

**TAMPA AIRPORT Marriott**

Thank you for choosing Kanabay Court Reporters
Serving the Tampa Bay Area and West Central Florida

**FLY IN FLY OUT**

# Duke Copeland Reporters, L.L.C.

2901 Cameron Street  
P. O. Box 4177  
Monroe, LA 71211-4177

I.D. 83-0495167

Telephone (318)387-2889  
Fax      (318)387-3271  
E-mail: dukecopeland@gmail.com  
www.nelacourtreporters.com

Mr. Steven F. Griffith, Jr.  
Baker, Donelson, Bearman,  
  Caldwell & Berkowitz, PC  
201 St. Charles Avenue,  
Suite 3600  
New Orleans, LA 70170

**RE:** Keith Coffin, et al,  
Plaintiff  
vs Civil Action No. 4:11-CV-00214  
Blessey Marine Services, Inc.,  
Defendant  
United States District Court  
Southern District of Texas  
Houston Division

**June 15, 2012**             **Our Invoice No. 12-232**

---

**PROFESSIONAL SERVICES RENDERED**           PLEASE RETURN COPY OF INVOICE WITH PAYMENT

Time and appearance and the original  
transcripts of the May 29, 2012,  
depositions of:  
1. Proces Verbal on Freddie A. McLemore, Jr.     .....     $ 37.00  
2. Eric Eungen Jones, Jr.     ......................     $795.50  

                                       **TOTAL DUE**     **$832.50**

THANK YOU!!!

**PAYABLE UPON RECEIPT**  
A SERVICE CHARGE OF 1 ½ %(ARP 18%) WILL BE MADE ON ALL ACCOUNTS 30 DAYS PAST DUE.

## Torres Reporting & Associates, Inc.

**Invoice**

visit our web site at www.torresreporting.com

16851 Jefferson Highway, Suite 6A

Baton Rouge, La 70817

Phone: (225) 751-0732    Fax: (225) 752-7308

| Invoice Date | Invoice # |
|---|---|
| Wednesday, June 27, 2012 | 5543tra |

Steven F Griffith, Jr.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, La 70170

Phone:        Fax:

| | |
|---|---|
| **Witness:** | Dustin Grenon |
| **Case:** | Keith Coffin, on behalf of himself and others similarly situated vs. Blessey |
| **Venue:** | In the United States District Court |
| **Case #:** | 4:11-cv-00214 |
| **Date:** | 6/5/2012 |
| **Start Time:** | 9:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Elicia Woodworth |
| **Claim #:** | |
| **File #:** | 2375tra |

| Description |
|---|
| Copy of Regular Testimony with Index |
| Condensed Transcript |
| Ascii |
| Exhibits Provided |
| Delivery/Administrative |

|  |  |
|---|---|
| **Sub Total** | $675.50 |
| **Payments** | $0.00 |
| **Balance Due** | $675.50 |

Fed. I.D. # 721266441

**Please remit payment to: 16851 Jefferson Highway, Suite 6A, Baton Rouge, La. 70817. Thank you for your business.**

# INVOICE

Ross Reporting Services, Inc.
11706 Playa Court
Houston, TX 77034
Phone: 281-484-0770   Fax: 281-484-1140

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24490 | 3/8/2012 | 113940 |

| Job Date | Case No. |
|---|---|
| 3/6/2012 | 411CV00214 |

| Case Name |
|---|
| Coffin vs. Blessey Marine Services, Inc. |

| Payment Terms |
|---|
| Net 30 |

Steven F. Griffith, Jr.
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Certificate of NonAppearance for the deposition of:
  Cody Duke                                                                 158.00

                                              TOTAL DUE >>>        $158.00

PLEASE NOTE:  IF NOT PAID WITHIN 30 DAYS, A 1.5% FINANCE CHARGE WILL BE INCURRED PER MONTH.

Tax ID: 76-0295065

*Please detach bottom portion and return with payment.*

Steven F. Griffith, Jr.
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Job No.      : 113940          BU ID          : 1-MAIN
Case No.     : 411CV00214
Case Name    : Coffin vs. Blessey Marine Services, Inc.

Invoice No.  : 24490           Invoice Date   : 3/8/2012
**Total Due** : **$158.00**

Remit To:   **Ross Reporting Services, Inc.**
            **11706 Playa Court**
            **Houston, TX 77034**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# KANABAY COURT REPORTERS

Invoice# 65692

Please include invoice# with all payments

Administrative Center
**NOTE ADDRESS CHANGE 5/1/10**
556 First Avenue North
St. Petersburg, FL 33701
FED ID #54-2093708

May 17, 2012

St. Petersburg/Clearwater (727) 821-3320
Tampa (813) 224-9500
Fax (727) 898-5701
www.kanabay.com
dmkh@kanabay.com

Attn: Mr. Steven F. Griffith, Jr.

Baker, Donelson, Bearman, Caldwell & Berkowitz
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

KEITH COFFIN VS BLESSEY MARINE
SERVICES INC 4:11-CV-00214

PP
TIA-A
0.40

Admin E mail
rstrehle@bakerdonelson.com

504 566-5254          Fax 636-3954          E-Mail

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 5/15/12 | Deposition of | Zachary Latiolais | Attendance | | 11:30-5:00 | $412.50 |

**THIS IS NOT A BILL
DO NOT PAY!
CREDIT CARD RECEIPT ONLY!**

Notes*

| | |
|---|---|
| Subtotal | $412.50 |
| Subtotal | $412.50 |
| Retainer/Credit Notes: | |
| Subtotal | $412.50 |
| Previous Balance | |
| Subtotal | $412.50 |
| Shipping/Delivery/Handling | |
| Paid on 5-17-12 Visa # 005515 | |
| Y    Est'd Pages 210 | |
| Total Due | $412.50 |

**Per Florida Case Law Hiring/Ordering counsel is *personally responsible* for payment**
*We accept Visa, Master Card, American Express, and Paypal (dmkh@kanabay.com)*
*18% interest will be charged on invoices outstanding over 30 days.*

TAMPA AIRPORT
**Marriott**

Thank you for choosing Kanabay Court Reporters
Serving the Tampa Bay Area and West Central Florida

**FLY IN
FLY OUT**

# INVOICE

Ross Reporting Services, Inc.
11706 Playa Court
Houston, TX 77034
Phone:281-484-0770  Fax:281-484-1140

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24389 | 2/28/2012 | 113810 |
| Job Date | Case No. | |
| 2/27/2012 | 411CV00214 | |
| Case Name | | |
| Coffin vs. Blessey Marine Services, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Steven F. Griffith, Jr.
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA  70170

| | |
|---|---|
| Time and Attendance of Reporter for the Deposition of: | 125.00 |
| Josh Fox | |
| | TOTAL DUE >>>   $125.00 |

PLEASE NOTE:  IF NOT PAID WITHIN 30 DAYS, A 1.5% FINANCE CHARGE WILL BE INCURRED PER MONTH.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 125.00 |

**Reprinted 5/3/12**
Please contact me regarding payment. **We do accept all major credit cards.**
Thank you.
Terry Stoveken
Terry@rossreporting.com    281 412-5617 direct

**Tax ID:** 76-0295065

*Please detach bottom portion and return with payment.*

Steven F. Griffith, Jr.
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA  70170

Job No.     : 113810            BU ID      : 1-MAIN
Case No.    : 411CV00214
Case Name   : Coffin vs. Blessey Marine Services, Inc.

Invoice No. : 24389             Invoice Date : 2/28/2012
**Total Due** : **$ 125.00**

Remit To:  **Ross Reporting Services, Inc.**
           **11706 Playa Court**
           **Houston, TX  77034**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:



# Invoice

| DATE | INVOICE # |
|---|---|
| 5/9/2012 | 15849 |

**BILL TO**

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 ST. CHARLES AVE., SUITE 3600
NEW ORLEANS, LOUISANA 70170

| CUST. NO. | TERMS | DUE DATE |
|---|---|---|
| | Upon Receipt of In... | 5/9/2012 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| AVIATION BOARD ROOM 5/7/12 | 3 | 20.00 | 60.00 |

Invoice for May 2012

**Payments/Credits**  $0.00

**Balance Due**  $60.00

*For questions regarding this invoice, contact Yvette Cavazos at (361) 289-0171, ext. 1219.*

**PLEASE MAKE CHECKS PAYABLE TO:**
**CITY OF CORPUS CHRISTI, AVIATION DEPT.**
**1000 INTERNATIONAL BLVD.**
**CORPUS CHRISTI, TX 78406**

*paid 5/8/12*
*cc @ AKlot*

# KANABAY COURT REPORTERS

Invoice# 65692
Please include invoice# with all payments

| | |
|---|---|
| Administrative Center<br>**NOTE ADDRESS CHANGE 5/1/10**<br>556 First Avenue North<br>St. Petersburg, FL 33701<br>FED ID #54-2093708 | St. Petersburg/Clearwater (727) 821-3320<br>Tampa (813) 224-9500<br>Fax (727) 898-5701<br>www.kanabay.com<br>dmkh@kanabay.com |

May 17, 2012

Attn: Mr. Steven F. Griffith, Jr.

Baker, Donelson, Bearman, Caldwell & Berkowitz
201 St. Charles Avenue
Suite 3600
New Orleans, LA  70170

KEITH COFFIN VS BLESSEY MARINE SERVICES INC 4:11-CV-00214

PP
TIA-A
0.40

Admin E mail
rstrehle@bakerdonelson.com

504 566-5254        Fax 636-3954        E-Mail

| Date | Description | | | | | Amount |
|---|---|---|---|---|---|---|
| 5/15/12 | Deposition of | Zachary Latiolais | Attendance | 11:30-5:00 | @ | $412.50 |

**THIS IS NOT A BILL**
**DO NOT PAY!**
**CREDIT CARD RECEIPT ONLY!**

Notes*

| | |
|---|---|
| | Subtotal  $412.50 |
| Retainer/Credit Notes: | Subtotal  $412.50 |
| | Subtotal  $412.50 |
| Previous Balance | Subtotal  $412.50 |
| Shipping/Delivery/Handling | |
| Y    Est'd Pages 210    Paid on 5-17-12 Visa # 005515 | Total Due  $412.50 |

**Per Florida Case Law Hiring/Ordering counsel is *personally* responsible for payment**
We accept Visa, Master Card, American Express, and Paypal (dmkh@kanabay.com)
18% interest will be charged on invoices outstanding over 30 days.

TAMPA AIRPORT Marriott

Thank you for choosing Kanabay Court Reporters
Serving the Tampa Bay Area and West Central Florida

FLY IN
FLY OUT

## Torres Reporting & Associates, Inc.

**Invoice**

visit our web site at www.torresreporting.com

16851 Jefferson Highway, Suite 6A

Baton Rouge, La 70817

Phone: (225) 751-0732      Fax: (225) 752-7308

| Invoice Date | Invoice # |
|---|---|
| Wednesday, June 27, 2012 | 5541tra |

Steven F Griffith, Jr.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, La 70170

Phone:          Fax:

| | |
|---|---|
| **Witness:** | Patrick Voss |
| **Case:** | Keith Coffin, on behalf of himself and others similarly situated vs. Blessey |
| **Venue:** | In the United States District Court |
| **Case #:** | 4:11-cv-00214 |
| **Date:** | 6/4/2012 |
| **Start Time:** | 9:00 AM |
| **End Time:** | :0 |
| **Reporter:** | Elicia Woodworth |
| **Claim #:** | |
| **File #:** | 2374tra |

| Description |
|---|
| Copy of Regular Testimony with Index |
| Condensed Transcript |
| Ascii |
| Exhibits Provided |
| Delivery/Administrative |

| | |
|---|---|
| Sub Total | $352.00 |
| Payments | $0.00 |
| Balance Due | $352.00 |

Fed. I.D. # 721266441

**Please remit payment to: 16851 Jefferson Highway, Suite 6A, Baton Rouge, La. 70817. Thank you for your business.**