**DIGITAL SCROLL TRANSCRIPTION**
17108 Blackhawk Boulevard
Friendswood, Texas  77546
281.996.7978
admin@digitalscrolltranscription.com

January 3, 2012

Steven F. Griffith, Jr.
Baker Donelson Bearman
    Caldwell & Berkowitz, P.C.
201 St. Charles Avenue
Suite 3600
New Orleans, Louisiana 70170

    Re:  Keith Coffin v. Blessey Marine Services, Inc.;
         Case No. 4:11-cv-00214; date of proceedings
         November 7, 2011; United States District Court;
         Southern District of Texas - Houston Division;
         (Honorable Nancy F. Atlas)

         (Invoice No. DST-219 / Tax ID No. 94-3485186)

Mr. Griffith:

    Please consider this our invoice/statement for the transcript of proceedings (Ordinary), in the above-referenced matter.  Please note the following -

        66 pages at $3.65 page      $240.90
                       Deposit      $219.00[1]
                   Total due      $21.90

    Please inform if you have any questions.  Thank you.

                             Sincerely,

                             /s/ Linda Griffin
                             Linda Griffin

**EXHIBIT "C"**

Transcript by email transmission
and Priority mail

---

[1] Financial arrangements received 12.14.2011, Check No. 0011916.

xc: Shelia Roque
    Doris Clark
    Court Reporting Services
    United States District Court
    P. O. Box 61010
    Houston, Texas  77208

    (By email transmission only)

c:word.DST_invoices.DST-210_steven_griffith_transmittal

DIGITAL SCROLL TRANSCRIPTION
17108 Blackhawk Boulevard
Friendswood, Texas 77546
281.996.7978
admin@digitalscrolltranscription.com

February 26, 2013


Steven F. Griffith, Jr.
Baker Donelson Bearman
   Caldwell & Berkowitz, P.C.
201 St. Charles Avenue
Suite 3600
New Orleans, Louisiana 70170

    Re:  Keith Coffin, et al v. Blessey Marine Services,
        Inc.; Case No. 4:11-cv-00214; date of proceedings
        January 24, 2013; United States District Court;
        Southern District of Texas - Houston Division;
        (Honorable Nancy F. Atlas)

        (Invoice No. DST-328 / Tax ID No. 94-3485186)

Mr. Griffith:

    Please consider this our **invoice**/statement for the transcript of proceedings (Ordinary), in the above-referenced matter.  Please note the following -

        22 pages at $3.65 page      $80.30

                    Amount due    $80.30

    Please inform if you have any questions.  Thank you.

                      Sincerely,

                      /s/ Linda Griffin

                      Linda Griffin

Transcript by email transmission
sgriffith@bakerdonalson.com

xc: Shelia Roque
    Court Reporting Services
    United States District Court
    P. O. Box 61010
    Houston, Texas  77208

    (By email transmission only)

c:word.DST_invoices.DST-328_steven_griffith_transmittal